

**MIKE DeWine**
★ OHIO ATTORNEY GENERAL ★

Constitutional Offices Section
Office: (614) 466-2872
Fax: (614) 728-7592

30 East Broad Street, 16th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

RECEIVED
MAY 2 2014
DEBORAH S. HUNT, Clerk

April 29, 2014

Deborah S. Hunt
Clerk of Court
United States Court of Appeals for the Sixth Circuit
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988

RE: *J.M. Smucker Co. v. Weston Firm, P.C.,*
Case No. 13-4304

Dear Ms. Hunt:

Pursuant to Federal Rule of Appellate Procedure 44, the Office of the Ohio Attorney General has received notice of a constitutional challenge to Ohio Rev. Code § 2307.81. Having reviewed Appellant's Opening Brief, as well as the docket below, the Attorney General has elected not to participate at this time.

The Office maintains that consideration of the Ohio statute's constitutionality would be premature at this stage, on an interlocutory appeal regarding the separate issue of prosecutorial immunity. Moreover, it does not appear from the record below that the constitutional issue was raised or developed before the trial court.

This decision is not based upon this Office's view of the ultimate merits of any issue raised in this case. The Attorney General reserves the right to appear and be heard at a later time.

Very respectfully yours,

Mike DeWine
Ohio Attorney General

Zachery P. Keller
Assistant Attorney General

cc:    Counsel and Parties of Record



OHIO ATTORNEY GENERAL MIKE DEWINE
Constitutional Offices
AGO 451000
30 East Broad Street, 16th Floor
Columbus, Ohio 43215

LEGAL

Deborah S. Hunt
Clerk of Court
Sixth Circuit Court of Appeals
100 East Fifth Street, Room 540
Potter Stewart U.S. Courthouse
Cincinnati, Ohio 45202-3988



ZIP 43215
02 1W
0001383277 APR 30 2014
U.S. POSTAGE >> PITNEY BOWES
$ 000.48⁰